## Certification Pursuant to Federal Securities Laws

1. I, Terry Monsky, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Direct Digital Holdings, Inc. ("Direct Digital" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Direct Digital Holdings, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Direct Digital Holdings, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. My transactions in Direct Digital Holdings, Inc., during the class period set forth in the Complaint, are as follows:

| Date | Transaction | Quantity of Shares | Price Per Share |
|---|---|---|---|
| March 15, 2024 | Bought | 360 | $33.00 |

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____05/21/2024_____

*Terry Monsky*
_____
Terry Monsky