# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TERRY MONSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 4:24-cv-01940 (consolidated with Case No. 4:24-cv-02567) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT

The Court has considered Defendants' Motion to Dismiss Plaintiff's Consolidated Complaint, any response or replies thereto, and any argument of counsel. IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED, and the Consolidated Complaint is DISMISSED WITH PREJUDICE.

SIGNED at Houston, Texas, this ____ day of _____, _____.

_____
**HON. KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**