**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TERRY MONSKY, Individually and On Behalf of All Others Similarly Situated, <br><br>                     Plaintiff, <br><br>    vs. <br><br> DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC, <br><br>                    Defendants. | Case No. 4:24-cv-01940 <br> (Consolidated with Case No. 4:24-cv-02567) <br><br> Judge Kenneth M. Hoyt |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT

The Court has considered Defendants' Motion to Dismiss Plaintiff's Consolidated

Complaint, Lead Plaintiff's Opposition to Defendants' Motion to Dismiss, and any reply

thereto, and any argument of counsel. IT IS HEREBY

ORDERED that Defendants' Motion to Dismiss is DENIED.

SIGNED at Houston, Texas, this _____ day of _____, _____.


_____

**The Honorable Kenneth M. Hoyt**
**United States District Judge**