# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY MONSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 4:24-cv-01940<br>(consolidated with Case No. 4:24-cv-02567) |

## DECLARATION OF ANTHONY J. LUCISANO

I, Anthony J. Lucisano, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Direct Digital Holdings, Inc., Mark D. Walker, Keith W. Smith, Diana P. Diaz, and Direct Digital Management, LLC, in the above-styled case.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and the facts contained herein are true and correct.

3. Attached as **Exhibit 15** is a true and correct copy of a statement from the Media Rating Council, Inc. titled "MRC IVT Requirements and Processes for Pre-Bid – Comments on the Recent Adalytics Blog," dated April 11, 2025.

4. Attached as **Exhibit 16** is a true and correct copy of an article titled "A Colossal Mess" by Ari Paparo, dated May 20, 2024.

5. Attached as **Exhibit 17** is a true and correct copy of an article titled "The CEO Behind Tinder, OkCupid on the Future of Online Dating," from the *Wall Street Journal*, dated

1

2

December 21, 2018.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 14, 2025.

                                              Anthony J. Lucisano