**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TERRY MONSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC,<br><br>                      Defendants. | Case No. 4:24-cv-01940<br>(Consolidated with Case No. 4:24-cv-02567)<br><br>Judge Kenneth M. Hoyt |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Lead Plaintiff Donald W. Hutchings ("Plaintiff") respectfully moves this Court for an order granting him leave to file the sur-reply brief attached hereto as Exhibit A, in response to Defendants' Reply in Support of Motion to Dismiss Plaintiff's Consolidated Complaint (ECF 46) ("Reply Brief").

## I. CERTIFICATE OF CONFERRAL

Pursuant to LR7.1(D), Plaintiff's counsel have conferred with Defendants' counsel. Plaintiff's counsel state that Defendants oppose this motion.

## II. STATEMENT OF NATURE AND STAGE OF PROCEEDINGS

Plaintiff brings this putative class action under §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder. Defendants filed their Reply Brief in support of their motion to dismiss on April 14, 2025.

## III. STATEMENT OF THE ISSUES TO BE RULED UPON THE COURT

Should Plaintiff be granted leave to file the attached sur-reply in response to the "new arguments or evidence" in Defendants' Reply Brief? *Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770, 774 (5th Cir. 2024).

## IV. ARGUMENT

Although sur-replies are generally "heavily disfavored," their allowance is subject to the district court's discretion. *Id.* Nonetheless, when a reply brief includes new arguments or evidence, the court must allow the opposing party to respond or disregard the newly raised points. *Id.; Residents of Gordon Plaza, Inc. v. Cantrell*, 25 F.4th 288, 296 (5th Cir. 2022) ("[A] district court abuses its discretion when it considers new arguments raised for the first time in a reply brief without providing the non-movant an adequate opportunity to respond prior to a ruling.") (internal quotation omitted).

- 1 -

Along with their Reply Brief, Defendants provided a recent opinion from their own lawsuit pending in the United States District Court for the District of Maryland, *Colossus Media, LLC v. Adalytics Research, LLC*, 2025 WL 712986, at *6–*11 (D. Md. Mar. 5, 2025) (ECF 46-3, Appx. E-010-019).  Defendants also submitted a ten-page statement from the Media Rating Council, Inc. entitled "MRC IVT Requirements and Processes for Pre-Bid – Comments on the Recent Adalytics Blog."  ECF 46-2, Appx. D-001-011.  Defendants' Reply Brief suggests that these matters cast doubt on the legitimacy of Plaintiff's claims, asserting among other things that the "[Complaint's] allegations . . . have only grown more dubious in recent months."  *See* Reply Brief at 1.  Plaintiff seeks to respond to the foregoing by explaining why these disputed matters are not properly considered on a motion to dismiss and showing that they are irrelevant to the pleading of Plaintiff's claims.  *See* Exhibit A.

## V.    CONCLUSION

Accordingly, Plaintiff respectfully requests leave to file the attached sur-reply.

DATED: April 23, 2025                    JOHNSON FISTEL, PLLP

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
*Attorney-In-Charge*
Murray House
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
michaelf@johnsonfistel.com

JOHNSON FISTEL, PLLP
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: (303) 861-1764
jeffb@johnsonfistel.com

- 3 -

SPONSEL MILLER PLLC
Thane Tyler Sponsel III (Texas SBN 24056361)
Federal ID No. 690068
520 Post Oak Blvd.
Houston, TX 77027
Telephone: (713) 892-5400
sponsel@smglawgroup.com

*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 23, 2025.

*/s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.