**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TERRY MONSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC,<br><br>      Defendants. | Case No. 4:24-cv-01940<br>(Consolidated with Case No. 4:24-cv-02567)<br><br>Judge Kenneth M. Hoyt |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SUR-REPLY TO
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

  The Court has considered Lead Plaintiff's Motion for Leave to File a Sur-Reply to Defendants' Reply in Support of Motion to Dismiss (the "Motion"), any response or replies thereto, and any argument of counsel. IT IS HEREBY ORDERED that Lead Plaintiff's Motion is GRANTED. The Clerk is directed to file Lead Plaintiff's Sur-Reply to Defendants' Reply in Support of Motion to Dismiss.

  SIGNED at Houston, Texas, this _____ day of _____, _____.

                  _____
                  **The Honorable Kenneth M. Hoyt
                  United States District Judge**