United States District Court
Southern District of Texas
**ENTERED**
May 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY MONSKY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01940 |
| | § | |
| DIRECT DIGITAL HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has considered Lead Plaintiff's Motion for Leave to File a Sur-Reply to Defendants' Reply in Support of Motion to Dismiss (Dkt. No. 47), any response or replies thereto, and any argument of counsel. IT IS HEREBY ORDERED that Lead Plaintiff's Motion is GRANTED. The Clerk is directed to file Lead Plaintiff's Sur-Reply to Defendants' Reply in Support of Motion to Dismiss, attached as Exhibit "A", to its Motion for Leave as of the date of this Order.

It is so ORDERED.

SIGNED on May 9, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge