**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TERRY MONSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT DIGITAL HOLDINGS, INC., MARK WALKER, KEITH W. SMITH, DIANA DIAZ, and DIRECT DIGITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 4:24-cv-01940<br>(consolidated with Case No. 4:24-cv-02567) |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE RESPONSE TO SUR-REPLY

The Court has considered Defendants' Motion for Leave to File a Response to Plaintiff's sur-reply (Dkt. 50). IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The Clerk is directed to file Defendants' Response to Plaintiff's Sur-Reply, attached as Exhibit A to their Motion as of the date of this Order.

SIGNED at Houston, Texas, this _____ day of _____, _____.

_____
**HON. KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**